390 A.2d 292

Commonwealth v. Holloway, Appellant.

 Argued March 22, 1978.

Jay S. Gottlieb, for appellant; W. Turnoff, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.